No. 80–47.  McIntyre v. Louisiana.  Sup. Ct. La.  Certiorari denied.

No. 80–52.  Board of Education of Baltimore County v. Equal Employment Opportunity Commission.  C. A. 4th Cir.  Certiorari denied.

No. 80–58.  Dreier v. Yanik et al.  C. A. 3d Cir.  Certiorari denied.

No. 80–62.  Weisman v. United States.  C. A. 2d Cir.  Certiorari denied.

No. 80–63.  Raley's, Inc. v. National Labor Relations Board et al.  C. A. 9th Cir.  Certiorari denied.

No. 80–65.  Stevens v. Ohio.  Ct. App. Ohio, Clermont County.  Certiorari denied.

No. 80–66.  Goldberg v. Warden, Allenwood Federal Prison Camp.  C. A. 3d Cir.  Certiorari denied.

No. 80–67.  Electrical Products Division of Midland-Ross Corp. v. National Labor Relations Board.  C. A. 3d Cir.  Certiorari denied.

No. 80–69.  Neal-Cooper Grain Co. v. International Commodities Export Corp.  C. A. 7th Cir.  Certiorari denied.

No. 80–70.  Caire v. Stassi, dba John A. Stassi Real Estate.  Sup. Ct. La.  Certiorari denied.

No. 80–71.  Hinson v. New Jersey.  Super. Ct. N. J.  Certiorari denied.

No. 80–73.  American Home Assurance Co. v. Commercial Union Assurance Co.  Ct. App. La., 4th Cir.  Certiorari denied.